IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,          No. CIV S-05-1642 MCE DAD P

    vs.

R. MAKCEYS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        The clerk has processed plaintiff's appeal from final judgment. In response to the clerk's notice concerning the fee for filing an appeal, plaintiff has submitted the first page of an in forma pauperis application with a copy of the clerk's notice. The incomplete application will be disregarded. Plaintiff should send a properly completed application to the Ninth Circuit in accordance with that court's instructions. Copies of documents filed in the Ninth Circuit should not be sent to the district court for filing. Accordingly, IT IS ORDERED that plaintiff's December 15, 2005 incomplete application to proceed in forma pauperis will be disregarded.

DATED: December 21, 2005.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:13
camp1642.appealfee